

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:               01-14-00904-CV

Style:                      Gramercy Advisors, LLC, et al.

                           **v** R.K. Lowry, Jr., et al.

Date motions filed[*]:     December 29, 2014

Type of motions:           Michael E. Petrella's motion for admission pro hac vice; Motion in support of Michael E. Petrella's motion for admission pro hac vice

Party filing motions:      Michael E. Petrella; Gramercy Advisors, LLC, Gramercy Asset Management, LLC, Gramercy Local Markets Recovery Fund, LLC, and Gramercy Financial Services, LLC

Document to be filed:

Is appeal accelerated?      No

Ordered that motions are:

   ☑    Granted

        If document is to be filed, document due:

        ☐ The Court will not grant additional motions to extend time

   ☐    Denied

   ☐    Dismissed (*e.g.*, want of jurisdiction, moot)

   ☐    Other: _____

Judge's signature: /s/ Chief Justice Sherry Radack
               ☒ Acting individually     ☐ Acting for the Court

Panel consists of _____

Date: December 30, 2014

November 7, 2008 Revision